# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA
**(Effective April 24, 2020)**

On April 24, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in–person chapter 7, 11, 12, and 13 section 341 meetings for cases filed through July 10, 2020.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up–to–date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call–In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call–in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch–tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call–in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call–In Number | Passcode |
|---|---|---|
| Steven Carr | 1–888–282–8246 | 8589279 |
| Mark Conway | 1–866–773–1875 | 5761176 |
| Lawrence Frank | 1–866–724–5066 | 1380190 |
| Leon Haller | 1–866–507–4642 | 2179536 |
| John Martin | 1–866–809–8952 | 7685517 |
| William Schwab | 1–866–707–7516 | 4801433 |
| Robert Sheils | 1–866–714–3930 | 1832207 |
| Lawrence Young | 1–866–453–7506 | 2896054 |

tele341(03/20)