IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ALLEN CORRAL, | : | CASE NO. 1:20-bk-02096-HWV |
| Debtor | : | |
| ANDREW R. VARA<br>UNITED STATES TRUSTEE, | : | |
| Movant | : | |
| vs. | : | |
| ALLEN CORRAL, | : | |
| Respondent | : | |

## STATEMENT AND NOTICE OF PRESUMED ABUSE

     As required by 11 U.S.C. § 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the Debtor. Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2)(A), and pursuant to 11 U.S.C. § 704(b)(2), the United States Trustee has determined that: (1) the Debtor's case should be presumed to be an abuse under 11 U.S.C. § 707(b); and (2) the product of the Debtor's current monthly income, multiplied by 12, is not less than the requirements specified in 11 U.S.C. §§ 704(b)(2)(A) or (B).

     As required by 11 U.S.C. § 704(b)(2) the United States Trustee shall, not later than 30 days after the date of the filing of this Statement, either file a motion to dismiss or convert under 11 U.S.C. § 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate. Debtor may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. § 707(b)(2)(B).

     Respectfully submitted,

     ANDREW R. VARA
     UNITED STATES TRUSTEE

     D. Troy Sellars, Esq.
     Assistant United States Trustee

By: /s/ Gregory B. Schiller
Gregory B. Schiller, Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Middle District of Pennsylvania
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
Tel. (717) 221-4515
Fax (717) 221-4554
Email: Gregory.B.Schiller@usdoj.gov

Dated: September 14, 2020