```
                       United States Bankruptcy Court
                        Middle District of Pennsylvania
```

```
In re:                                              Case No. 20-02096-HWV
Allen Corral                                        Chapter 7
          Debtor
```

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke      Page 1 of 1          Date Rcvd: Sep 15, 2020
                           Form ID: pdf010       Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
db             +Allen Corral,   2247 Brigade Road,   Enola, PA 17025-1473
5342827        +Amex/Bankruptcy,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
5342828        +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
5342829         Citibank/Student Loan,   Citibank SD - MC425,   5800 South Corp Place,   Sioux Falls, SD 57108
5342834        +Midland Funding,   320 East Big Beaver,   Troy, MI 48083-1271
5342833        +Midland Funding,   Attn: Bankruptcy,   350 Camino De La Reine  Ste 100,
                San Diego, CA 92108-3007
5342837        +Reliant Cap,   750 Cross Pointe Rd,   Gahanna, OH 43230-6691
5342839        +Target,   c/o Financial & Retail Srvs,   Mailstop BT POB 9475,   Minneapolis, MN 55440-9475
5342840        +U.S. Department of Education,   Ecmc/Bankruptcy,   Po Box 16408,   Saint Paul, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2020 20:07:04
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5342830        +E-mail/Text: mrdiscen@discover.com Sep 15 2020 20:00:20     Discover Financial,
                Attn: Bankruptcy,   Po Box 3025,   New Albany, OH 43054-3025
5342831        +E-mail/Text: bknotice@ercbpo.com Sep 15 2020 20:00:48     Enhanced Recovery Corp,
                Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
5342832        +E-mail/Text: PBNCNotifications@peritusservices.com Sep 15 2020 20:00:20     Kohls/Capital One,
                Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
5342835         E-mail/Text: bankruptcy@nationalcreditsystems.com Sep 15 2020 20:00:17
                National Credit Systems, Inc.,   Attn: Bankruptcy,   Po Box 312125,   Atlanta, GA 31131
5342836         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2020 20:06:36
                Portfolio Recovery,   Attn: Bankruptcy,   120 Corporate Blvd,   Norfold, VA 23502
5342838        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2020 20:07:10
                Resurgent Capital Services,   Attn: Bankruptcy,   Po Box 10497,   Greenville, SC 29603-0497
5343004        +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2020 20:06:03     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5342826         Americas Cu, A Fcu
                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2020 at the address(es) listed below:
          Brad J. Sadek    on behalf of Debtor 1 Allen  Corral brad@sadeklaw.com
          Lawrence G. Frank (Trustee)   lawrencegfrank@gmail.com,  PA39@ecfcbis.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 3
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                             :    CHAPTER 7
                                   :
ALLEN CORRAL,                      :    CASE NO. 1:20-bk-02096-HWV
                                   :
     Debtor                       :
                                   :
ANDREW R. VARA                     :
UNITED STATES TRUSTEE,             :
                                   :
     Movant                       :
                                   :
     vs.                          :
                                   :
ALLEN CORRAL,                      :
                                   :
     Respondent                   :

## **STATEMENT AND NOTICE OF PRESUMED ABUSE**

     As required by 11 U.S.C. § 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the Debtor. Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2)(A), and pursuant to 11 U.S.C. § 704(b)(2), the United States Trustee has determined that: (1) the Debtor's case should be presumed to be an abuse under 11 U.S.C. § 707(b); and (2) the product of the Debtor's current monthly income, multiplied by 12, is not less than the requirements specified in 11 U.S.C. §§ 704(b)(2)(A) or (B).

     As required by 11 U.S.C. § 704(b)(2) the United States Trustee shall, not later than 30 days after the date of the filing of this Statement, either file a motion to dismiss or convert under 11 U.S.C. § 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate. Debtor may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. § 707(b)(2)(B).

                        Respectfully submitted,

                        ANDREW R. VARA
                        UNITED STATES TRUSTEE

                        D. Troy Sellars, Esq.
                        Assistant United States Trustee

By:   /s/ Gregory B. Schiller
Gregory B. Schiller, Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Middle District of Pennsylvania
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
Tel. (717) 221-4515
Fax (717) 221-4554
Email: Gregory.B.Schiller@usdoj.gov

Dated: September 14, 2020